IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNN STROMAN,<br>        *Plaintiff*,<br>    v.<br><br>UNITED STATES POSTAL<br>SERVICE, *et al.*,<br>        *Defendants* | CIVIL ACTION<br>NO. 21-4400 |

## ORDER

AND NOW, this 6th day of June, 2022, upon consideration of the United States of America's Motion to Dismiss (ECF 3), Plaintiff Lynn Stroman's Response (ECF 8), Defendant's Reply (ECF 9) and Plaintiff's Surreply (ECF 10-1) and consistent with the accompanying Memorandum of Law, it is **ORDERED** that Defendant's Motion is **GRANTED** and Plaintiff's Complaint is **DISMISSED** with prejudice.

The Clerk of Court shall mark this case as **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.